JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BARNER, | CV 12-7679 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the Court's December 5, 2012 Minute Order dismissing with prejudice the claims alleged by plaintiff Larry Barner ("Plaintiff") against defendants United States of America, United States Department of Agriculture, Yudhbir Sharma, Phillip Toy, and Frank Gillis (the United States substituted into this action in place of Sharma, Toy, and Gillis pursuant to 28 U.S.C. § 2679(d)(2) in a September 13, 2012 Order) (collectively, the "Government"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against the Government are dismissed with prejudice.

. . . .

. . . .

. . . .

. . . .

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2   nothing and that the Government shall have its costs of suit.

3      IT IS SO ORDERED.

4

5   DATED: December 5, 2012      _____

6                                       Percy Anderson
                                 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28